IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD JOHNSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-5786 |
| | : | |
| CAROLYN W. COLVIN | : | |
| *ACTING COMMISSIONER OF SOCIAL* | : | |
| *SECURITY ADMINISTRATION* [1] | | |

**ORDER**

AND NOW, this 12th day of May, 2014, upon careful and independent consideration of Plaintiff Reginald Johnson's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and Johnson's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, to which no objections have been filed,[2] it is ORDERED:

1. This matter is REMOVED from SUSPENSE;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Johnson's request for review is GRANTED; and

4. This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this suit.

[2] The Report and Recommendation was sent to all parties of record on April 18, 2014. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.